```
                                                                    1

 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - - - X
 3
     UNITED STATES OF AMERICA       :    14-CR-00026 (ARR)
 4
         -against-                       U.S. Courthouse
 5                                  :
                                         Brooklyn, New York
 6   VINCENT ASARO
     JEROME ASARO                   :
 7   JACK BONVENTRE
     THOMAS DIFIORE                 :
 8   JOHN RAGANO

 9              Defendants          :
                                         June 11, 2014
10   - - - - - - - - - - - - - - - - X   2:00 p.m.

11
     BEFORE:
12            HONORABLE ALLYNE R. ROSS
              United States District Judge
13


14
     APPEARANCES:
15
     For the Government:       LORETTA E. LYNCH
16                             United States Attorney
                               271 Cadman Plaza East
17                             Brooklyn, New York 11201
                               BY:  NICOLE M. ARGENTIERI
18                                  Assistant U.S. Attorney

19

20   For the Defendant:        ELIZABETH E. MACEDONIO
     Vincent Asaro             42-40 Bell Boulevard
21                             Suite 302
                               Bayside, New York 11361
22

23   For the Defendant:        LAWRENCE FISHER
     Jerome Asaro              233 Broadway
24                             Suite 2348
                               New York, New York 10279
25


                  RONALD E. TOLKIN, RMR
                  OFFICIAL COURT REPORTER
```

```
                                                                         2

 1   For the Defendant:        Law Offices of Gordon Mehler, PLLC
     Jack Bonventre            747 Third Avenue
 2                             32nd Floor
                               New York, New York 10017
 3                             BY:  GORDON MEHLER
                                    DIANE FERRONE
 4

 5   For the Defendant:        STEVE ZISSOU
     Thomas DiFiore            42-40 Bell Boulevard
 6                             Suite 302
                               Bayside, New York 11361
 7

 8

 9   For the Defendant:        CHARLES SAMUEL HOCHBAUM
     John Ragano               16 Court Street
10                             Suite 1800
                               Brooklyn, New York 11241
11

12   For the MDC:              NICOLE McFARLAND

13

14   Court Reporter:           RONALD E. TOLKIN, RPR, RMR, CRR
                               Official Court Reporter
15                             225 Cadman Plaza East
                               Brooklyn, New York 11201
16                             718-613-2647

17                ***

18        (Time Noted:  2:13 p.m.)

19        THE CLERK:  United States of America against Vincent

20   Asaro, et al.  Docket number 14-CR-26.

21        Counsel, please state your names for the record.

22        MS. ARGENTIERI:  Good afternoon, Your Honor.

23        Nicole Argentieri for the United States.

24        THE COURT:  Good afternoon.

25        MS. ARGENTIERI:  Present with me at counsel table is
```

9

1    MS. ARGENTIERI:  I believe there's an attachment.
2    THE COURT:  I don't have the attachment.  The order
3 does recite that there's an Exhibit A.  I don't have it.
4    MS. MACEDONIO:  It was sort of scribbled on here,
5 Your Honor.  My apologies.
6    THE COURT:  These are the designated --
7    MS. MACEDONIO:  Paralegals.
8    THE COURT:  Paralegals.  So there are three
9 designated paralegals.
10   MS. MACEDONIO:  Two paralegals and another lawyer.
11   THE COURT:  That's fine.  We will affix these and
12 docket and file this.  Okay.
13   MS. MACEDONIO:  The only other issue that I have,
14 Your Honor, several weeks ago I had requested from the MDC to
15 get my client's medical records.  I spoke to Ms. McFarland
16 this morning before the hearing started, and she assured me
17 she will look into that.
18   THE COURT:  Anything else?
19   Yes, Mr. Zissou.
20   MR. ZISSOU:  Yes, Your Honor.  Not about this issue.
21 It's about the schedule is what I want to address.
22   THE COURT:  That's fine.
23   MR. ZISSOU:  Judge, I think, and I've been clear
24 about it from the beginning, that Mr. DiFiore's case is
25 different materially from most of the rest of the case.  I

RONALD E. TOLKIN, RMR, CRR
OFFICIAL COURT REPORTER

10

1  think the closest to him is Mr. Ragano in terms of simplicity
2  of the case.  The indictment was filed in January, it's now
3  June.  And while I have volunteered two people who work for me
4  to participate in the discovery conference, frankly, I don't
5  need them.  Mr. DiFiore and I have more than enough time to go
6  through discovery material without them.  And I think Your
7  Honor should consider scheduling the trial so that counsel
8  can --
9            THE COURT:  Well, I do too.  Where are we in this
10 process?  We've ironed out, I hope, procedures for listening
11 to the tapes.  But now that we have done that?
12           MS. ARGENTIERI:  I think where we last -- two weeks
13 ago, Judge, is that we said we would wrap up discovery within
14 six weeks, which is four weeks from now.  And I think the next
15 phase of the case is to schedule pretrial motions.
16           THE COURT:  We can do that right now.
17           MR. ZISSOU:  I think on the back end of that should
18 be a trial date.
19           THE COURT:  I'm happy to put it in for a trial date.
20 I have no problem with that.
21           MS. MACEDONIO:  Judge, I think that some of the
22 defendants are in very different positions.  We've now, it
23 appears, ironed out the issues with regard to us being able to
24 listen to the recordings.  But there are hundred of hours of
25 them.  I'm not in a position to set a motion schedule or a